# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134014 & (24)

ROBIN and MICHAEL CANTY, as
Personal Representatives for the Estate
of REGINALD COSTER,
        Plaintiffs-Appellees,

v

CADILLAC NURSING HOME,
        Defendant-Appellant,
and

S. WHITE, LPN, E. DORMEUS, RN,
CITY OF DETROIT FIRE DEPARTMENT-
EMS DIVISION, JEROME CANTIN
and MEDIC CRONKER,
        Defendants.
_____

SC:    134014
CoA:  274265
Wayne CC: 03-334219-NH

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2007

_____
Clerk